UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SCOTT E. FRIEDBERG, :
: 24-cv-04072 (NJC)(ST)
Plaintiff, :
:
: **NYIT DEFENDANTS' NOTICE OF**
-against- : **MOTION TO DISMISS THE**
: **AMENDED COMPLAINT**
:
NEW YORK INSTITUTE OF TECHNOLOGY, :
DANIEL QUIGLEY, TIFFANY BLAKE, :
JUNIUS GONZALEZ, KATHERINE ZULIANI, :
CHERYL MONTICCIOLO, CARLYN :
ANNUNZIATA, CATHERINE FLICKINGER, :
:
Defendants. :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon NYIT Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint, the Affirmation of Stefanie Toren, Esq. and Affidavit of Bernadette Calabro, and the exhibits attached thereto, Defendants New York Institute of Technology, Daniel Quigley, Tiffani Hinds, née Blake, Katherine Zuliani, Cheryl Monticciolo, and Catherine Flickinger (collectively, "NYIT Defendants") will move this Court, before the Honorable Nusrat J. Choudhury, at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be designated by the Court, for an order dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as the Court may deem just and proper.

Dated: November 4, 2024
       New York, New York

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for New York Institute of Technology, Daniel Quigley, Tiffani Hinds, née Blake, Katherine Zuliani, Cheryl Monticciolo and Catherine Flickinger*

By: *Stefanie Toren*
Douglas P. Catalano, Esq.
Stefanie R. Toren, Esq.
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410