UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SCOTT E. FRIEDBERG,

                      Plaintiff,

         -against-

NEW YORK INSTITUTE OF TECHNOLOGY,
DANIEL QUIGLEY, TIFFANY BLAKE,
JUNIUS GONZALEZ, KATHERINE ZULIANI,
CHERYL MONTICCIOLO, CARLYN
ANNUNZIATA, CATHERINE FLICKINGER,

                    Defendants.

-------------------------------------------------------------x

:
: 24-cv-04072 (NJC)(ST)
:
: **AFFIDAVIT OF BERNADETTE**
: **CALABRO**
:
:
:
:
:
:
:
:
:

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF **Nassau**   )

        BERNADETTE CALABRO, being duly sworn hereby deposes and says:

        1.     I am Manager, Academic Affairs at defendant New York Institute of Technology

("NYIT"). I submit this affidavit in support of NYIT Defendants'[1] motion to dismiss the

Amended Complaint of plaintiff Dr. Scott E. Friedberg ("Plaintiff").

        2.     In my role as Manager, Academic Affairs, I am responsible for reviewing the

faculty compensations sheets and either approving or rejecting them. If approved, the faculty

compensation sheet is finalized and submitted to the payroll department to ensure that faculty

receive the appropriate compensation. As such, in connection with my position at NYIT, I have

access to the faculty compensations sheets for current and former faculty members.

---

[1]  NYIT Defendants include NYIT, Daniel Quigley, Tiffani Hinds, née Blake, Katherine
Zuliani, Cheryl Monticciolo, and Catherine Flickinger.

3.      A faculty compensation sheet is a business record created by NYIT that identifies the courses taught by a faculty member in a particular semester, as well as the equivalent lecture hours ("ELH") attributed to the faculty member's courseload. A faculty compensation sheet also identifies non-instructional assignments performed by an employee, such as tutoring students.

4.      My review of NYIT's business records concerning Plaintiff, which include Plaintiff's faculty compensation sheets, indicates that during the period of the Fall 2018 through Spring 2022 semesters, Plaintiff was appointed by NYIT as an adjunct faculty member for the Fall 2018, Spring 2019, Fall 2019 and Fall 2021 semesters. Copies of Plaintiff's faculty compensation sheets for these semesters are attached as **Exhibit A**.

5.      NYIT did not appoint Plaintiff to teach any courses with a corresponding ELH during the Spring 2020, Fall 2020 and Spring 2021 semesters.

6.      During the Spring 2021 semester, Plaintiff's faculty compensation sheet indicates that he received a non-instructional assignment to provide tutoring to students. This non-instructional assignment did not have a corresponding ELH. A copy of Plaintiff's faculty compensation sheet for the Spring 2021 semester is attached as **Exhibit B**.

7.      A summary of the total ELH attributed to Plaintiff's courseload during the Fall 2018 through Spring 2022 semesters is as follows:

| SEMESTER | TOTAL ELH |
|----------|-----------|
| Fall 2018 | 9 ELH |
| Spring 2019 | 9 ELH |
| Fall 2019 | 10 ELH |
| Spring 2020 | 0 ELH |

| Fall 2020 | 0 ELH |
| Spring 2021 | 0 ELH |
| Fall 2021 | 10 ELH |
| Spring 2022 | 0 ELH |

8.    Attached as **Exhibit C** is a copy of Plaintiff's appointment letter for the Spring

2022 semester.

I have read the foregoing paragraphs and I swear that they are true and accurate and I

acknowledge that I am subject to punishment if willfully false.

BERNADETTE CALABRO

Sworn to before me on this
4th day of November 2024

Notary Public

STEPHANIE M. MORAN
Notary Public, State of New York
No. 01MO4918453
Qualified in Nassau County
Commission Expires February 1, 2026

3

# EXHIBIT A

- [Log Out](#)
- [Online Documentation](#)
- [Payroll Schedule](#)
- [Contact Support](#)
- [Tools](#)
- [Academic_affairs Start](#)

## You are currently logged in as:
## Bernadette Buhler
*Academic Affairs - Vice President's Office*
*Old Westbury*

# ACADEMIC AFFAIRS

[Back](#)

| CREATION DATE | FACULTY NAME | CONTRACT TYPE | RANK | LOCATION | DEPARTMENT | SCHOOL | APPROVAL VERSION | STATUS |
|---|---|---|---|---|---|---|---|---|
| Oct 01 2018 | Scott Friedberg (0839468) | Adjunct | 2 | Old Westbury | Mathematics | College of Arts & Sciences | 1 | Complete to Payroll |

### INSTRUCTIONAL ASSIGNMENTS

| COURSE SECTION | CRD | ACT | | | | | | | CONTACT HOURS | COMP | ELH | HOURLY RATE | PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHYS-170-W03 | 4.00 | 15 | Fall 2018 | | | | | | | 0011_12149_121491_61311 | | | |
| | | | LEC | 2018-09-05 | 2018-09-13 | T TH | 08:30 AM | 10:25 AM | 4.00 | Payment | 4.00 | $79.50 | $ 4,770.00 |
| MATH-141-W04 | 5.00 | 30 | Fall 2018 | | | | | | | 0011_12148_121481_61311 | | | |
| | | | LEC | 2018-09-05 | 2018-12-22 | M W | 11:10 AM | 01:40 PM | 5.00 | Payment | 5.00 | $79.50 | $ 5,962.50 |
| | | | | | | | | | | | ====== | | ========== |
| | | | | | | | | | Instructional Totals: | | 9.00 | | $ 10,732.50 |
| PAYMENT = HOURLY RATE * 15 * ELH (excluding tutorials) | | | | | | | | | | | ====== | | ========== |

## NON INSTRUCTIONAL ASSIGNMENTS

| TYPE | TERM | BANK | CONTRACT | GL ACCOUNT NO. | ELH | PAY ELH | PAYMENT |
|------|------|------|----------|----------------|-----|---------|---------|
| MATHCTR OW | Fall 2018 | | | 0011_12141_121414_62210 | 0.57 | 0.57 | $ 636.00 |
| | 12120 - Mathematics | | | | | | |
| SCICTR OW | Fall 2018 | | | 0011_12141_121418_62210 | 1.14 | 1.14 | $ 1,272.00 |
| | 12140 - Physics | | | | | | |
| | | | | | ===== | | ========== |
| | | | Non-Instructional Assignment Totals: | | 1.71 | | $ 1,908.00 |
| | | | | | ===== | | ========== |

Comment:

Worked as Math tutor at MRC for 4 weeks (from 09/05/2018 to 10/15/2018 ), 4 hours per week ; to be paid $ (1/2x79.50/hr) x 4hrs/wk x 4 wks = $636
Worked as Physics tutor at SLC for 4 weeks (from 09/05/2018 to 10/15/2018 ), 8 hours per week ; to be paid $ (1/2x79.50/hr) x 8hrs/wk x 4 wks = $1272

### GRAND TOTALS

| CONTRACT ELH | OVERLOAD | BANKED | TOTAL ELH | CONTRACT '18 | PAYMENT TOTAL |
|--------------|----------|--------|-----------|--------------|---------------|
| 0.00 | 9.00 | 0.00 | 9.00 | 0.00 | $ 12,640.50 |

### APPROVALS

| APPROVER | APPROVER NAME | DATE | COMMENTS |
|----------|---------------|------|----------|
| **Requester:** | Kathy Zhou | 10-01-2018 | |
| **Chair:** | Matthew Chang | 10-04-2018 | |
| **Chair:** | Ranja Roy | 10-09-2018 | |
| **Dean:** | Daniel Quigley | 10-11-2018 | |
| **Academic Affairs Final Approver:** | Sheri Kelleher | 10-24-2018 | |

NET BANK/SEMESTER BANK ACTIVITY: 0.00 0.00

**PREVIOUS TERM ELH TOTALS FOR ADJUNCTS:**      **Term:** N/A      **ELH:** N/A

Case 2:24-cv-04072-NJC-ST    Document 17-2    Filed 12/16/24    Page 7 of 23 PageID #: 118

- [NYIT Home](#)
- [NYITConnect](#)
- [Admissions](#)
- [Contact](#)

- **Log Out**
- **Online Documentation**
- **Payroll Schedule**
- **Contact Support**
- **Tools**
- **Academic_affairs Start**

## You are currently logged in as:
## Bernadette Buhler
*Academic Affairs - Vice President's Office*
*Old Westbury*

# ACADEMIC AFFAIRS

**Back**

| CREATION DATE | FACULTY NAME | CONTRACT TYPE | RANK | LOCATION | DEPARTMENT | SCHOOL | APPROVAL VERSION | STATUS |
|---|---|---|---|---|---|---|---|---|
| May 06 2019 | Scott Friedberg (0839468) | Adjunct | 2 | Old Westbury | Mathematics | College of Arts & Sciences | 1 | Complete to Payroll |

### INSTRUCTIONAL ASSIGNMENTS

| COURSE SECTION | CRD | ACT | | | | | | CONTACT HOURS | COMP | ELH | HOURLY RATE | PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH-180-W05 | 5.00 | 16 | Spring 2019 | | | | | | 0011_12148_121481_61312 | | | |
| | | LEC | 2019-01-22 | 2019-05-18 | T TH | 06:10 PM | 08:25 PM | 5.00 | Payment | 5.00 | $79.50 | $ 5,962.50 |
| PHYS-136-W01 | 4.00 | 21 | Spring 2019 | | | | | | 0011_12149_121491_61312 | | | |
| | | LEC | 2019-01-22 | 2019-05-18 | M W | 10:30 AM | 12:20 PM | 4.00 | Payment | 4.00 | $79.50 | $ 4,770.00 |
| | | | | | | | | | | ====== | | ========== |
| | | | | | | | Instructional Totals: | | | 9.00 | | $ 10,732.50 |
| | | | | | | | | | | ====== | | ========== |

PAYMENT = HOURLY RATE * 15 * ELH (excluding tutorials)

file:///C:/Users/srmunsky/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/HDXITOD1/Faculty Compensation Sheet.Spring2019.html

1/3

## NON INSTRUCTIONAL ASSIGNMENTS

| TYPE | TERM | BANK | CONTRACT | GL ACCOUNT NO. | ELH | PAY ELH | PAYMENT |
|------|------|------|----------|----------------|-----|---------|---------|
| MATHCTR OW | Spring 2019 | | | 0011_12141_121414_62210 | 0.89 | 0.89 | $ 993.50 |
| | 12120 - Mathematics | | | | | | |
| MATHCTR OW | Spring 2019 | | | 0011_12141_121414_62210 | 0.89 | 0.89 | $ 993.50 |
| | 12120 - Mathematics | | | | | | |
| MATHCTR OW | Spring 2019 | | | 0011_12141_121414_62210 | 0.62 | 0.62 | $ 695.63 |
| | 12120 - Mathematics | | | | | | |
| | | | | | ====== | | ========== |
| | | | | Non-Instructional Assignment Totals: | 2.40 | | $ 2,682.63 |
| | | | | | ====== | | ========== |

Comment:

Worked as Math tutor at MRC for 5 weeks (from 01/29/2019 to 3/5/2019 ), 5 hours per week ; to be paid $ (1/2x79.50/hr) x 5 hrs/wk x 5 wks = $993.50

Worked as Math tutor at MRC for 5 weeks (from 03/06/2019 to 4/16/2019 ), 5 hours per week ; to be paid $ (1/2x79.50/hr) x 5 hrs/wk x 5 wks = $993.50

Worked as Math tutor at MRC for 3.5 weeks (from 04/17/2019 to 5/9/2019 ), 5 hours per week ; to be paid $ (1/2x79.50/hr) x 5hrs/wk x 3.5 wks = $695.63

### GRAND TOTALS

| CONTRACT ELH | OVERLOAD | BANKED | TOTAL ELH | CONTRACT '18 | PAYMENT TOTAL |
|--------------|----------|--------|-----------|--------------|---------------|
| 0.00 | 9.00 | 0.00 | 9.00 | 0.00 | $ 13,415.13 |

### APPROVALS

| APPROVER | APPROVER NAME | DATE | COMMENTS |
|----------|---------------|------|----------|
| Requester: | Kathy Zhou | 05-06-2019 | |
| Chair: | Ranja Roy | 05-09-2019 | |
| Chair: | Matthew Chang | 05-09-2019 | |
| Dean: | Daniel Quigley | 05-13-2019 | |
| Academic Affairs Final Approver: | Sheri Kelleher | 05-14-2019 | |

NET BANK/SEMESTER BANK ACTIVITY: 0.00 0.00

**PREVIOUS TERM ELH TOTALS FOR ADJUNCTS:**    **Term:** N/A    **ELH:** N/A

- [NYIT Home](#)
- [NYITConnect](#)
- [Admissions](#)
- [Contact](#)

- [Log Out](#)
- [Online Documentation](#)
- [Payroll Schedule](#)
- [Contact Support](#)
- [Tools](#)
- [Academic_affairs Start](#)

**You are currently logged in as:**
**Bernadette Buhler**
*Academic Affairs - Vice President's Office*
*Old Westbury*

# ACADEMIC AFFAIRS

[Back](#)

| CREATION DATE | FACULTY NAME | CONTRACT TYPE | RANK | LOCATION | DEPARTMENT | SCHOOL | APPROVAL VERSION | STATUS |
|---|---|---|---|---|---|---|---|---|
| Oct 23 2019 | Scott Friedberg (0839468) | Adjunct | 2 | Old Westbury | Mathematics | College of Arts & Sciences | 1 | Complete to Payroll |

### INSTRUCTIONAL ASSIGNMENTS

| COURSE SECTION | CRD | ACT | | | | | | | CONTACT HOURS | COMP | ELH | HOURLY RATE | PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH-170-W05 | 5.00 | 23 | Fall 2019 | | | | | | | 0011_12148_121481_61311 | | | |
| | | | LEC | 2019-09-04 | 2019-12-21 | T TH | 06:10 PM | 08:25 PM | 5.00 | Payment | 5.00 | $81.50 | $ 6,112.50 |
| **MATH-320-W01** | 3.00 | 20 | Fall 2019 | | | | | | | 0011_12148_121481_61311 | | | |
| | | | LEC | 2019-09-04 | 2019-12-21 | T TH | 03:55 PM | 05:20 PM | 2.00 | Payment | 2.00 | $81.50 | $ 2,445.00 |
| MATH-151-W01 | 3.00 | 12 | Fall 2019 | | | | | | | 0011_12148_121481_61311 | | | |
| | | | LEC | 2019-09-04 | 2019-12-21 | M W | 09:35 AM | 11:00 AM | 3.00 | Payment | 3.00 | $81.50 | $ 3,667.50 |
| MATH-161-W02 | 3.00 | 16 | Fall 2019 | | | | | | | | | | |

LEC  2019-09-04  2019-12-21  M W  09:35 AM  11:00 AM        0.00                              0.00

                                                                                    ======              ==========
                                                    Instructional Totals:            10.00              $ 12,225.00

PAYMENT = HOURLY RATE * 15 * ELH (excluding tutorials)                              ======              ==========

## NON INSTRUCTIONAL ASSIGNMENTS

| TYPE | TERM | BANK | CONTRACT | GL ACCOUNT NO. | ELH | PAY ELH | PAYMENT |
|------|------|------|----------|----------------|-----|---------|---------|
| *MATHCTR OW* | Fall 2019 | | | 0011_12141_121414_62210 | 0.00 | | $ 3,586.00 |
| | 12120 - Mathematics | | | | | | |

                                                                                    ======              ==========
                                Non-Instructional Assignment Totals:                 0.00              $ 3,586.00
                                                                                    ======              ==========

Comment:

He only worked on the MATH170 Webassign project. He did 16 hours every week beginning the first week of school. He ended on Oct. 10.
16hrs x 5wks + 4hr x 2 days = 88 hrs.
To be paid 88hrs x ($81.50 x 1/2)= $3586.00.

## GRAND TOTALS

| CONTRACT ELH | OVERLOAD | BANKED | TOTAL ELH | CONTRACT '19 | PAYMENT TOTAL |
|--------------|----------|--------|-----------|--------------|---------------|
| 0.00 | 10.00 | 0.00 | 10.00 | 0.00 | $ 15,811.00 |

## APPROVALS

| APPROVER | APPROVER NAME | DATE | COMMENTS |
|----------|---------------|------|----------|
| **Requester:** | Kathy Zhou | 10-23-2019 | |
| **Chair:** | Ranja Roy | 10-25-2019 | |
| **Dean:** | Daniel Quigley | 10-28-2019 | |
| **Academic Affairs Final Approver:** | Bernadette Buhler | 10-29-2019 | |

NET BANK/SEMESTER BANK ACTIVITY: 0.00 0.00

**PREVIOUS TERM ELH TOTALS FOR ADJUNCTS:**          **Term:** N/A          **ELH:** N/A

- [NYIT Home](#)
- [NYITConnect](#)
- [Admissions](#)
- [Contact](#)

- [Log Out](#)
- [Online Documentation](#)
- [Payroll Schedule](#)
- [Contact Support](#)
- [Tools](#)
- [Academic_affairs Start](#)

**You are currently logged in as:**
**Bernadette Buhler**
*Academic Affairs - Vice President's Office*
*Old Westbury*

# ACADEMIC AFFAIRS

[Back](#)

**Version History:** [1](#) | [2](#) | [3](#) | [4](#) | [5](#) | [6](#)

| CREATION DATE | FACULTY NAME | CONTRACT TYPE | RANK | LOCATION | DEPARTMENT | SCHOOL | APPROVAL VERSION | STATUS |
|---|---|---|---|---|---|---|---|---|
| Jan 10 2022 | Scott Friedberg (0839468) | Adjunct | 2 | Long Island (Old Westbury) | Mathematics | College of Arts & Sciences | 6 | Complete to Payroll |

### INSTRUCTIONAL ASSIGNMENTS

| COURSE SECTION | CRD | ACT | | | | | | CONTACT HOURS | COMP | ELH | HOURLY RATE | PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *MATH-170-W08* | 5.00 | 24 | Fall 2021 | | | | | | 0011.12148.121481_61311 | | | |
| | | LEC | 2021-09-08 | 2021-12-23 | M W | 03:55 PM | 06:25 PM | 5.00 | Payment | 5.00 | $93.00 | $ 6,975.00 |
| *MATH-180-W02* | 5.00 | 26 | Fall 2021 | | | | | | 0011.12148.121481_61311 | | | |
| | | LEC | 2021-09-08 | 2021-12-23 | T TH | 09:35 AM | 12:05 PM | 5.00 | Payment | 5.00 | $93.00 | $ 6,975.00 |
| | | | | | | | | | | ====== | | ========== |
| | | | | | | | Instructional Totals: | | | 10.00 | | $ 13,950.00 |

PAYMENT = HOURLY RATE * 15 * ELH (excluding tutorials)                                    ======          ==========

### NON INSTRUCTIONAL ASSIGNMENTS

| TYPE | TERM | BANK | CONTRACT | GL ACCOUNT NO. | ELH | PAY ELH | PAYMENT |
|------|------|------|----------|----------------|-----|---------|---------|
| *MATHCTR OW* | Fall 2021 | | | 0011_12141_121414_62210 | 0.00 | | $ 1,395.00 |
| | 12120 - Mathematics | | | | | | |
| *MATHCTR OW* | Fall 2021 | | | 0011_12141_121414_62210 | 0.00 | | $ 1,395.00 |
| | 12120 - Mathematics | | | | | | |
| *MATHCTR OW* | Fall 2021 | | | 0011_12141_121414_62210 | 0.00 | | $ 837.00 |
| | 12120 - Mathematics | | | | | | |
| *MATHCTR MA* | Fall 2021 | | | 0011_12141_121415_62210 | 0.00 | | $ 235.50 |
| | 12120 - Mathematics | | | | | | |

                                                                              ======          ==========
                              Non-Instructional Assignment Totals:             0.00            $ 3,862.50
                                                                              ======          ==========

Comment:

The faculty has permission from the Dean to teach more than 9 ELH this semester. We will attempt to limit the load of the instructor for the Spring.

2)
9/14-10/18; worked as Math tutor at MRC for 5 weeks, 6 hours per week ;so he is paid by (1/2 x $93.0/hr) x 6 hr/wk x 5 wks=$1395.00
3)
10/19 -- 11/22; worked as Math tutor at MRC for the 2nd-5 weeks, 6 hours per week ;so he is paid by (1/2 x $93.0/hr) x 6 hr/wk x 5 wks=$1395.00
4)
11/23--12/16; worked as Math tutor at MRC for the last 3 weeks, 6 hours per week ;so he is paid by (1/2 x $93.0/hr) x 6 hr/wk x 3 wks=$837.00

5)
The faculty has permission from the Dean to proctor MATH 320 final exam for Dr. Robert Bell for 5 hours at MA campus, half rate from MRC fund, so he is paid by 5hrs x ( 1/2 x $93.00)= $235.50.

After Term Comment: (Yufang Zhou): Add the dates that he worked in Math center.

After Term Comment: (Yufang Zhou): Add the dates that he worked in Math center.

After Term Comment: (Yufang Zhou): Add the dates that he worked in Math center.

### GRAND TOTALS

| CONTRACT ELH | OVERLOAD | BANKED | TOTAL ELH | CONTRACT '21 | PAYMENT TOTAL |
|--------------|----------|--------|-----------|--------------|---------------|
| 0.00 | 10.00 | 0.00 | 10.00 | 0.00 | $ 17,812.50 |

Case 2:24-cv-04072-NJC-ST     Document 17-2    Filed 12/16/24     Page 16 of 23 PageID #: 127

## APPROVALS

| APPROVER | APPROVER NAME | DATE | COMMENTS |
|---|---|---|---|
| **Requester:** | Kathy Zhou | 01-10-2022 | |
| **Chair:** | Ranja Roy | 01-13-2022 | |
| **Dean:** | Daniel Quigley | 01-14-2022 | |
| **Academic Affairs Final Approver:** | Bernadette Buhler | 01-19-2022 | |

NET BANK/SEMESTER BANK ACTIVITY: 0.00 0.00

**PREVIOUS TERM ELH TOTALS FOR ADJUNCTS:**      **Term:** N/A      **ELH:** N/A

- [NYIT Home](#)
- [NYITConnect](#)
- [Admissions](#)
- [Contact](#)

# EXHIBIT B



- Log Out
- Online Documentation
- Payroll Schedule
- Contact Support
- Tools
- Academic_affairs Start

**You are currently logged in as:**
**Bernadette Buhler**
*Academic Affairs - Vice President's Office*
*Old Westbury*

# ACADEMIC AFFAIRS

Back

| CREATION DATE | FACULTY NAME | CONTRACT TYPE | RANK | LOCATION | DEPARTMENT | SCHOOL | APPROVAL VERSION | STATUS |
|---|---|---|---|---|---|---|---|---|
| Apr 21 2021 | Scott Friedberg (0839468) | Adjunct | 2 | Old Westbury | Mathematics | College of Arts & Sciences | 1 | Complete to Payroll |

INSTRUCTIONAL ASSIGNMENTS

| COURSE SECTION | CRD | ACT | | | | | | | CONTACT HOURS | COMP | ELH | HOURLY RATE | PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH-260-W02 | 4.00 | 19 | Spring 2021 | | | | | | | | | | |
| | | | LEC | 2021-01-25 | 2021-05-22 | M W | 02:00 PM | 04:00 PM | 0.00 | 0.00 | | | |
| MATH-310-W01 | 3.00 | 25 | Spring 2021 | | | | | | | | | | |
| | | | LEC | 2021-01-25 | 2021-05-22 | M W | 09:30 AM | 10:50 AM | 0.00 | 0.00 | | | |
| | | | | | | | | | ====== | | | | ========== |
| | | | | | | | | Instructional Totals: | 0.00 | | | | $ 0.00 |

PAYMENT = HOURLY RATE * 15 * ELH (excluding tutorials)

====== ==========

Case 2:24-cv-04072-NJC-ST    Document 17-2    Filed 12/16/24    Page 19 of 23 PageID #: 130

## NON INSTRUCTIONAL ASSIGNMENTS

| TYPE | TERM | BANK | CONTRACT | GL ACCOUNT NO. | ELH | PAY ELH | PAYMENT |
|------|------|------|----------|----------------|-----|---------|---------|
| MATHCTR OW | Spring 2021 | | | 0011_12141_121414_62210 | 0.00 | | $ 910.00 |
| | 12120 - Mathematics | | | | | | |
| *MATHCTR OW* | Spring 2021 | | | 0011_12141_121414_62210 | 0.00 | | $ 910.00 |
| | 12120 - Mathematics | | | | | | |
| | | | | | ===== | | ========== |
| | | | Non-Instructional Assignment Totals: | | 0.00 | | $ 1,820.00 |
| | | | | | ===== | | ========== |

Comment:

worked as Math tutor at MRC for the 1st- 5 weeks, 4 hours per week, starting on March 2, 2021 ;
so he is paid by (1/2 x $91.0/hr) x 4 hr/wk x 5 wks=$910.00

As per Dr. Silverstein, Mr. Friedberg's name is assigned to the courses of MATH260W02 and MATH310W01 to tutoring students.

worked as Math tutor at MRC for the last- 5 weeks, 4 hours per week,
so he is paid by (1/2 x $91.0/hr) x 4 hr/wk x 5 wks=$910.00

## GRAND TOTALS

| CONTRACT ELH | OVERLOAD | BANKED | TOTAL ELH | CONTRACT '20 | PAYMENT TOTAL |
|--------------|----------|--------|-----------|--------------|---------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,820.00 |

## APPROVALS

| APPROVER | APPROVER NAME | DATE | COMMENTS |
|----------|---------------|------|----------|
| **Requester:** | Kathy Zhou | 04-21-2021 | |
| **Chair:** | Ranja Roy | 04-26-2021 | |
| **Dean:** | Daniel Quigley | 04-27-2021 | |
| **Academic Affairs Final Approver:** | Bernadette Buhler | 04-29-2021 | |

NET BANK/SEMESTER BANK ACTIVITY: 0.00 0.00

**PREVIOUS TERM ELH TOTALS FOR ADJUNCTS:**          **Term:** N/A          **ELH:** N/A

- [NYIT Home](#)
- [NYITConnect](#)
- [Admissions](#)
- [Contact](#)

# EXHIBIT C

# NEW YORK INSTITUTE
## OF TECHNOLOGY

12/16/2021

Prof. Scott E. Friedberg



Dear Prof. Friedberg:

I am pleased to extend this offer of employment for the position of Adjunct Faculty Member at New York Institute of Technology. This position is for the Spring 2022 term with a salary of $1395.00 per Equivalent Lecture Hour (ELH), except for labs, studios, and field work, which are two-thirds of an ELH. You will hold the rank of Adjunct Instructor. The Spring 2022 term is scheduled to begin on January 24, 2022 and end on May 21, 2022. Please note that the maximum teaching load for adjuncts for the year is 18 ELH.

This position reports to Dr. Ranja Roy, Chair of the Mathematics department. If you have any questions, please contact Dr. Ranja Roy at 516-686-1096 or rroy@nyit.edu.

Your compensation is supplemented by a limited package of fringe benefits. Information regarding benefits can be obtained from our Human Resources office.

The schedule shown below is contingent upon course enrollments and staffing requirements for full time faculty. Note that courses without sufficient enrollment will be converted to "tutorial" status or cancelled. If the course is converted to a tutorial, the compensation for the class may be reduced. If the course is converted or cancelled, you will be notified as soon as possible and the terms of this offer will no longer apply.

Your anticipated teaching schedule is as follows:

| Course | Credit | Days | Times | Duration | Campus | Room |
|--------|--------|------|-------|----------|--------|------|
| MATH 115W01 | 3 | TUE/THU | 9:30AM – 10:50AM | 15 Weeks | Long Island | HJSH216B |
| MATH 260W01 | 4 | TUE/THU | 2:00PM – 4:00PM | 15 Weeks | Long Island | HJSH 203 |

This exempt position is offered for a single term and does not guarantee employment past the end date of the term. An offer letter will be provided for each term for which you are offered an assignment. New York Institute of Technology is required by federal law to verify the identity and work authorization of all new employees. Accordingly, this offer is contingent upon verification of identity and eligibility to be

New York Institute of Technology   Northern Blvd., P.O. Box 8000, Old Westbury, NY 11568-8000   nyit.edu

## NEW YORK INSTITUTE
## OF TECHNOLOGY

employed in the United States, and is also contingent upon successful completion of background screening and verification of qualifications. Also, notwithstanding the academic term appointment, in accordance with New York Tech policy, you will be an employee at will, meaning that either you or we may terminate your employment at any time for any or no reason.

The following requirements apply to all courses:
- All faculty must satisfy the goals and learning objectives of the course as mandated by the program curriculum;
- All faculty must submit their syllabus to the departmental office;
- All faculty must use Navigate to record attendance, make any early warning notifications on students of concern, and complete progress reports upon request
- All faculty must submit the "never attended" roster during the third week of the semester through NYITConnect;
- Faculty will use the LMS (Canvas) for all course sections. For each course, faculty will, at a minimum, do the following:
  - post a full course syllabus, including contact information and office hours for the faculty,
  - use Announcements and/or Discussions to communicate with their students
  - post all assignment details, including requirements, deadlines, and due dates
  - post copies of all materials distributed in class
- All faculty must submit their grades through NYITConnect within 5 days of the scheduled final exam or last class session, and send the original grade book and attendance roster to the department.
- Faculty cannot change the day, time and/or location of their courses without permission from the departmental chair and registrar.

To ensure you have the necessary knowledge and skills to use the required platforms, you must complete the Adjunct On-Boarding course in Canvas prior to your first day of classes. Once your New York Tech email is assigned to you, you will receive a link to this course.

You may indicate your acceptance of this position by signing below and returning a signed copy of this letter to my office within seven (7) days of receipt.

Welcome to New York Institute of Technology. We are delighted to have you join us and we look forward to working with you.

Sincerely,

*Daniel Quigley Ph.D.*

Daniel Quigley, Ph.D.
Dean, College of Arts and Sciences

Your signature below will confirm your acceptance of the above teaching assignment.

Date Accepted: 12/16/2021

Signature: *Scott E. Friedberg*
Scott E. Friedberg (Dec 16, 2021 17:15 EST)

Scott E. Friedberg

New York Institute of Technology   Northern Blvd., P.O. Box 8000, Old Westbury, NY 11568-8000   nyit.edu