# CLIFTON BUDD & DeMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 16, 2024

**VIA ECF**

Honorable Nusrat J. Choudhury, U.S.D.J.
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

      Re:    ***Friedberg v. New York Institute of Technology et al.*, 24-cv-04072 (NJC)(ST)**

Dear Judge Choudhury:

      This firm represents Defendants New York Institute of Technology, Daniel Quigley, Tiffani Hinds, née Blake, Katherine Zuliani, Cheryl Monticciolo and Catherine Flickinger[1] (collectively, "NYIT Defendants") in this action. Pursuant to Section 5.2.7 of Your Honor's Individual Rules, we write to advise that NYIT Defendants have electronically filed their motion papers in support of NYIT Defendants' motion to dismiss the Amended Complaint and Plaintiff's opposition papers. Specifically, NYIT Defendants have electronically filed the following documents:

1. NYIT Defendants' Notice of Motion;
2. NYIT Defendants' Memorandum of Law in Support of Their Motion to Dismiss;
3. Affirmation of Stefanie Toren, dated November 4, 2024;
4. Affidavit of Bernadette Calabro, dated November 4, 2024;
5. Plaintiff's Memorandum of Law and Affirmation in Opposition to Defendants' Motion to Dismiss; and
6. NYIT Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss.

Thank you for Your Honor's attention to this matter.

      Respectfully Submitted,

      CLIFTON BUDD & DeMARIA, LLP
      *Counsel for NYIT Defendants*

By: _____*Stefanie Toren*_____
      Douglas P. Catalano
      Stefanie R. Toren

cc:    Victor A. Carr, Esq.

---

[1] Upon information and belief, Junius Gonzalez ("Gonzalez") and Carlyn Annunziata ("Annunziata" and collectively with Gonzalez and NYIT Defendants, "Defendants") were not served with the Complaint or Amended Complaint.